UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARTHUR CLARK,<br><br>Petitioner,<br><br>v.<br><br>COVELLO,<br><br>Respondent. | No. 2:23-cv-1088 DAD KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se. On September 18, 2023, respondent filed a motion to dismiss on the grounds that petitioner failed to exhaust his state court remedies as to his first claim alleging ineffective assistance of counsel. On October 13, 2023, petitioner filed a motion to amend conceding claim one is not exhausted and requesting the court file the attached amended petition. However, the attachment is not a complete petition. Rather, it contains only petitioner's two claims and his exhibits. The document does not include the court's habeas petition form and bears no case caption or petitioner's signature. Petitioner is granted leave to file a complete amended petition on the court's form. He may append his revised grounds one and two, but the form amended petition must be completed and signed by petitioner. Petitioner is not required to re-submit his exhibits; he may ask the court to append his previously submitted exhibits to his amended petition. Once petitioner files a complete proposed amended petition, the court will address his motion to amend.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall re-file his proposed amended petition using the court's form; and

2. The Clerk of the Court is directed to send petitioner the form for filing a petition for writ of habeas corpus, as well as a copy of the pertinent attachments to his October 13, 2023 motion (ECF Nos. 16 at 5-19).

Dated:  October 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/clar1088.ap