UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARTHUR CLARK,<br>Petitioner,<br>v.<br>PATRICK COVELLO, Warden,<br>Respondent. | No. 2:23-cv-1088-DC-CSK P<br><br>ORDER |

Petitioner requested a 45-day extension of time to file objections to the court's October 7, 2026, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 39) is granted; and

2. Petitioner shall file his objections to the findings and recommendations (ECF No. 38), if any, within 45 days from the date of this order.

Dated: October 29, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/clar1088.eot